# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIFFANY WAGNER,
           Appellant,

vs.

MARK MARINO,
           Respondent.

No. 75541

**FILED**

OCT 19 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a motion to set aside an award of attorney fees and costs. Eighth Judicial District Court, Family Court Division, Clark County; Bryce C. Duckworth, Judge.

On July 10, 2018, this court issued a notice directing appellant to file a transcript request form by July 20, 2018, a docketing statement by July 30, 2018, and a fast track statement by August 20, 2018. *See* NRAP 3E(c)(2)(A); 3E(d)(1), (5); NRAP 14. When appellant failed to file these documents, this court entered an order on September 11, 2018, directing appellant to file these documents by September 24, 2018. The order cautioned appellant that failure to comply could result in the dismissal of this appeal as abandoned. To date, appellant has failed to file the missing documents or to otherwise communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
    Cherry

_____, J.
    Parraguirre

_____, J.
    Stiglich

18-41214

cc:    Hon. Bryce C. Duckworth, District Judge, Family Court Division
        Tiffany Wagner
        Messner Reeves LLP
        Eighth District Court Clerk

